BEFORE THE SECOND DIVISION, APRIL 12, 1940

No. 43475.—Protests 826799–G, etc., of Collin & Gissel et al. (Galveston and Los Angeles).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 43476.—Protests 826603–G, etc., of Ah Mai Co. et al. (Honolulu).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 43477.—Protests 797586–G, etc., of Anatolia Import Co. et al. (San Francisco).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.